**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

February 14, 2011

**LETTER ORDER**

Re:    Simone v. Revelations Consulting, et al.
       Civil Action No. 10-4022 (PGS)

Dear Counsel:

The Undersigned has scheduled a telephone conference for **May 2, 2011 at 11:00 A.M.** Defense counsel shall  initiate the conference call. Please mark your calendars accordingly and should you have any questions, please call chambers at (973) 297-4887.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**